950

■

WILLIAM A. ROCK, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31962.) 
Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [See 285 App. Div. 1111.]

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOVELL LANDERS, JR., Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ. [See 285 App. Div. 1215.]

■

M. FRANCIS MALONE, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 32327.) 
 Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 285 App. Div. 1218.]